

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00371-CR

**JASON EDWARD BRUTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 21-27037**

## MEMORANDUM OPINION

Jason Edward Bruton appeals from the judgments of conviction against him for four counts of indecency with a child by sexual contact; however, the trial court's certification of his right of appeal, which Bruton and his counsel signed, indicates that Bruton has waived his right of appeal. Accordingly, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Notwithstanding that we are dismissing this appeal, Bruton may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Bruton desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

For the reasons stated, this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray*,
    Justice Johnson, and
    Justice Smith
*(Chief Justice Gray concurs.)
Dismissed
Opinion delivered and filed December 12, 2024
Do not publish
[CR25]

